# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number:<br>FILED: APRIL 01, 2008<br>08CV1875            DAJ<br>JUDGE CASTILLO<br>MAGISTRATE JUDGE KEYS |
|---|---|

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
ROCQUIN VAN GUILDER

| NAME (Type or print) |
|---|
| Shehnaz I. Mansuri |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ /s/ Shehnaz I. Mansuri |
| FIRM |
| GREGORY E. KULIS & ASSOCIATES, LTD. |
| STREET ADDRESS |
| 30 N. LaSalle Street, Suite 2140 |
| CITY/STATE/ZIP |
| Chicago, IL  60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6256339 | 312-580-1830 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐