U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of | Case Number: 08 C 1875 |
| ROCQUIN VAN GUILDER, Plaintiff, | |
| vs. | |
| WILL COUNTY STATE'S ATTORNEY, JAMES GLASGOW, individually, Defendant. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants, WILL COUNTY STATE'S ATTORNEY, JAMES GLASGOW.

| |
|---|
| NAME (Type or print)<br>Patrick R. Moran |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Patrick R. Moran |
| FIRM<br>LOWIS & GELLEN LLP |
| STREET ADDRESS<br>200 West Adams Street, Ste. 1900 |
| CITY/STATE/ZIP<br>Chicago, Illinois  60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6272747 | TELEPHONE NUMBER<br>312-364-2500 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐