IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROCQUIN VAN GUILDER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WILL COUNTY STATE'S ATTORNEY )<br>JAMES W. GLASGOW, individually, )<br>)<br>Defendant. ) | No. 08 C 1875<br><br>Judge Ruben Castillo |

## NOTICE OF MOTION

TO:  Mr. Gregory Kulis
Ms. Ronak Patel
Gregory Kulis & Associates, Ltd.
30 North LaSalle Street
Suite 2140
Chicago, Illinois 60602

PLEASE TAKE NOTICE that on Wednesday, June 25, 2008, at 9:45 a.m., the undersigned shall appear before the Honorable Judge Ruben Castillo, in Courtroom 2141, 219 S. Dearborn Street, Chicago, Illinois, and present **Defendant's Motion to Dismiss Plaintiff's Complaint**.

Martin W. McManaman
LOWIS & GELLEN LLP
200 West Adams St.
Suite 1900
Chicago, Illinois 60606
(312) 364-2500

s/ Martin W. McManaman
One of the attorneys for Defendant

## CERTIFICATE OF SERVICE

The undersigned certifies pursuant to 28 U.S.C. §1746 that she caused copies of this notice and referenced motion to be served upon the above listed counsel of record via the Court's Electronic Case Filing system on June 19, 2008.

s/ Jessica Jo Chiochanyont