IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROCQUIN VAN GUILDER,            ) | |
|                                 ) | |
|    Plaintiff,    ) | |
|                                 ) | No. 08 C 1875 |
| v.                              ) | |
|                                 ) | Judge Ruben Castillo |
| WILL COUNTY STATE'S ATTORNEY    ) | |
| JAMES W. GLASGOW, individually, ) | |
|                                 ) | |
|    Defendant.    ) | |

## NOTICE OF FILING

TO:  Mr. Gregory Kulis
     Ms. Ronak Patel
     Gregory Kulis & Associates, Ltd.
     30 North LaSalle Street
     Suite 2140
     Chicago, Illinois 60602

PLEASE TAKE NOTICE that on June 19, 2008, the undersigned filed **Defendant's Memorandum of Law in Support of His Motion to Dismiss Plaintiff's Complaint** with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois.

| | |
|---|---|
| Martin W. McManaman | s/ Martin W. McManaman |
| LOWIS & GELLEN LLP | One of the attorneys for Defendants |
| 200 West Adams Street | |
| Suite 1900 | |
| Chicago, Illinois 60606 | |
| (312) 364-2500 | |

## CERTIFICATE OF SERVICE

The undersigned certifies pursuant to 28 U.S.C. §1746 that she caused copies of this notice and referenced memorandum to be served upon the above listed counsel of record via the Court's Electronic Case Filing system on June 19, 2008.

                                                          s/ Jessica Jo Chiochanyont