**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Rocquin Van Guilder

                       Plaintiff,

v.                                            Case No.: 1:08−cv−01875
                                                        Honorable Ruben Castillo

James W. Glasgow

                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 30, 2008:

      MINUTE entry before the Honorable Ruben Castillo:Settlement conference held in chambers on 6/30/2008. The Court easily concludes that this lawsuit cannot be settled. Plaintiff's response to defendant's motion to dismiss [14] is due on or before 8/5/2008. Defendant's reply will be due on or before 8/26/2008. The Court will rule by mail.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.