UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **ROCQUIN VAN GUILDER** | ) | |
| | ) | Case No. 08 C 1875 |
| | ) | |
| **Plaintiff,** | ) | Judge Castillo |
| | ) | |
| v. | ) | Magistrate Judge Keys |
| | ) | |
| | ) | Jury Demand |
| **WILL COUNTY STATE'S ATTORNEY** | ) | |
| **JAMES W. GLASGOW,** | ) | |
| **individually,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### NOTICE OF FILING

To:   Martin McManaman
      Lowis & Gellen LLP
      200 West Adams, Suite 1900
      Chicago, Illinois 60606

PLEASE TAKE NOTICE that on this 5th day of August 2008, I caused to be electronically filed with the Clerk of the District Court for the Northern District of Illinois the attached **PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS**.

/s/ Ronak D. Patel
GREGORY E. KULIS & ASSOCIATES, LTD.

### CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that on the 5th day of August 2008, I, Ronak D. Patel, an attorney, served the attached document(s) upon the aforementioned address(es) by electronically filing the same with the Clerk for the U.S. District Court for the Northern District of Illinois, Eastern Division, a copy of which was then forwarded to each attorney of record.

/s/ Ronak D. Patel

**GREGORY E. KULIS & ASSOCIATES**
**30 N. LaSalle Street, Suite 2140**
**Chicago, IL 60602**
**(312) 580-1830**