IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROCQUIN VAN GUILDER,<br><br>Plaintiff,<br><br>v.<br><br>WILL COUNTY STATE'S ATTORNEY<br>JAMES W. GLASGOW, individually,<br><br>Defendant. | )<br>)<br>)<br>) No. 08 C 1875<br>)<br>) Judge Ruben Castillo<br>)<br>)<br>)<br>) |

## NOTICE OF FILING

TO:   Mr. Gregory Kulis
   Ms. Ronak Patel
   Gregory Kulis & Associates, Ltd.
   30 North LaSalle Street
   Suite 2140
   Chicago, Illinois 60602

   PLEASE TAKE NOTICE that on August 26, 2008, the undersigned filed **Defendant's Reply in Support of His Motion to Dismiss Plaintiff's Complaint** with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois.

Martin W. McManaman
LOWIS & GELLEN LLP
200 West Adams Street
Suite 1900
Chicago, Illinois 60606
(312) 364-2500

s/ Martin W. McManaman
One of the attorneys for Defendant

CERTIFICATE OF SERVICE

   The undersigned certifies pursuant to 28 U.S.C. §1746 that she caused copies of this notice and referenced brief to be served upon the above listed counsel of record via the Court's Electronic Case Filing system on August 26, 2008.

s/ Jessica Jo Chiochanyont